B6F (Official Form 6F) (12/07)

In re **Ronald E. Bivins**  
**Jennifer L. Bivins**

Case No. **08-42551 Amendment 2**  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**AFNI Inc.**<br>**PO Box 4127**<br>**Concorde CA 94524** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Cingular**<br>REMARKS: | | X | | $236.61 |
| ACCT #:<br>**Asset Acceptance**<br>**PO Bx 795161**<br>**San Antonio, T 78279-5101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Cingular**<br>REMARKS: | | X | | $740.00 |
| ACCT #:<br>**Att Univesal Card**<br>**PO Box 6500**<br>**Sioux Falls SD 57115** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $10,513.00 |
| ACCT #:<br>**Bank of America**<br>**PO Box 15726**<br>**Wilminton DE 19886** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $19,952.00 |
| ACCT #:<br>**Bank One/Chase**<br>**3451 Harry Truman Blvd.**<br>**St. Charles MO 63301** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Cingular**<br>**PO Box 6444**<br>**Carol Stream IL 60197** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Subtotal > **$31,441.61**

**4** continuation sheets attached

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ronald E. Bivins**  
      **Jennifer L. Bivins**

Case No. **08-42551 Amendment 2**  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Citi**<br>**PO Box 6407**<br>**The Lakes NV 88901** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $14,646.00 |
| ACCT #:<br>**City of Dallas Credit Union**<br>**PO Box 815909**<br>**Dallas, TX** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | X | | $5,037.00 |
| ACCT #:<br>**Client Service, Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**St. Charles, MO 63301** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Bank One/Chase**<br>REMARKS: | | X | | $9,324.00 |
| ACCT #:<br>**Dallas Central Appraisal District**<br>**2949 N. Stemmons freeway**<br>**Dallas, TX 75247** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Dell Financial Services**<br>**PO Box 6403**<br>**Carol Stream, IL 60197-6403** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $1,220.00 |
| ACCT #:<br>**First USA Bank**<br>**80 Holtz Dr.**<br>**Buffalo, NY 14225** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $4,500.00 |

Sheet no. **1** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$34,727.00**

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ronald E. Bivins**  
     **Jennifer L. Bivins**

Case No. **08-42551 Amendment 2**  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Hosto & Buchan PLLC**<br>**PO Box 3397**<br>**Little Rock, AR 72203** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citi**<br>REMARKS: | X | | | **Notice Only** |
| ACCT #:<br>**Internal Revenue Service**<br>**P.O.Box 21126**<br>**Philadelphia, PA 19114** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Lowe's**<br>**2015 Vaughn Rd. NW Blvd. 400**<br>**Kennesaw, GA 30144** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | **$791.00** |
| ACCT #:<br>**LTD Financial Services**<br>**7322 SW Freeway #1600**<br>**Houston TX 77074** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -ctibank**<br>REMARKS: | | X | | **$5,040.75** |
| ACCT #:<br>**LVNV Funding**<br>**POBox 10497**<br>**Greenville SC20603-0584** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | X | | **$13,200.00** |
| ACCT #:  **xxxx3590**<br>**NAFS**<br>**PO Box 9027**<br>**Williamsville NY** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Chase Bank USA**<br>REMARKS: | | X | | **$9,324.62** |

Sheet no. **2** of **4** continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$28,356.37**

Total >  
**(Use only on last page of the completed Schedule F.)**  
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ronald E. Bivins**  
      **Jennifer L. Bivins**

Case No. **08-42551 Amendment 2**  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Paragonway, Inc.**<br>**2101 W. Ben White Blvd. #102**<br>**Austin TX 78704** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | X | | $209.00 |
| ACCT #:<br>**Portfolio Recvry & Affil.**<br>**120 Corporate Blvd. Ste 1**<br>**Norfolk VA 23502** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Tri City Health Center**<br>REMARKS: | | X | | $363.00 |
| ACCT #:<br>**Saks Fifth Avenue**<br>**PO Box 41649**<br>**Philadephia PA 19101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Schwartz & Erchelbaum**<br>**7400 Gaylord Pkwy. Ste.200**<br>**Frisco, TX 75034** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | X | | $60,000.00 |
| ACCT #:<br>**Sears**<br>**PO box 469046**<br>**Escondido CA 92046** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $12,188.00 |
| ACCT #:<br>**Texas Employment Commission**<br>**TEC Bldg. Tax Dept.**<br>**Austin TX 78778** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. **3** of **4** continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$72,760.00**

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Ronald E. Bivins**  
**Jennifer L. Bivins**

Case No. **08-42551 Amendment 2**  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Texas Workforce Commission**<br>PO BOX 149080<br>Austin, TX 78714-9080 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tri City Health Center**<br>PO Box 12914<br>Norfolk VA 23541 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**U. S. Attorney**<br>Main Justice Bldg.<br>10th & Pennsylvania NW<br>Washington, DC 20530 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**U. S. Attorney**<br>700 National Bank Tower<br>110 N. College Ae.<br>Tyler, TX 75702 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**U. S. Trustee**<br>300 Plaza Tower<br>110 North College Ave.<br>Tyler TX 75702 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Zales**<br>PO Box 689182<br>Des Moines, IA 50368 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | **$2,335.00** |

Sheet no. **4** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$2,335.00**

Total > **$169,619.98**

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re **Ronald E. Bivins**
     **Jennifer L. Bivins**

Case No. **08-42551 Amendment 2**

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $120,000.00 | | |
| B - Personal Property | No | 5 | $30,504.00 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $109,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $169,619.98 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $4,833.34 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $6,884.00 |
| TOTAL | | 20 | $150,504.00 | $278,619.98 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re  **Ronald E. Bivins**  
      **Jennifer L. Bivins**

Case No.  **08-42551 Amendment 2**

Chapter  **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$4,833.34** |
| Average Expenses (from Schedule J, Line 18) | **$6,884.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$2,060.54** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$169,619.98** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$169,619.98** |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:   **Ronald E. Bivins**                                CASE NO.   **08-42551 Amendment 2**
         **Jennifer L. Bivins**

                                                             CHAPTER    **7**

## Certificate of Service

_____

I hereby certify that a true and correct copy of Amendment 2 adding 2 creditors to Schedule F and Summary of schedules has been mailed to the following:

U.S Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

Signed this 26th day of September 2008

/s/ Reedy Macque Spigner

and the following creditors:

| | | |
|---|---|---|
| AFNI Inc.<br>PO Box 4127<br>Concorde CA 94524 | Bank One/Chase<br>3451 Harry Truman Blvd.<br>St. Charles MO 63301 | Dallas Central Appraisal District<br>2949 N. Stemmons freeway<br>Dallas, TX 75247 |
| Asset Acceptance<br>PO Bx 795161<br>San Antonio, T 78279-5101 | Cingular<br>PO Box 6444<br>Carol Stream IL 60197 | Dell Financial Services<br>PO Box 6403<br>Carol Stream, IL 60197-6403 |
| Att Univesal Card<br>PO Box 6500<br>Sioux Falls SD 57115 | Citi<br>PO Box 6407<br>The Lakes NV 88901 | First USA Bank<br>80 Holtz Dr.<br>Buffalo, NY 14225 |
| Bank of America<br>PO Box 650260<br>Dallas TX 75265-0260 | City of Dallas Credit Union<br>PO Box 815909<br>Dallas, TX | Hosto & Buchan PLLC<br>PO Box 3397<br>Little Rock, AR 72203 |
| Bank of America<br>PO Box 15726<br>Wilminton DE 19886 | Client Service, Inc.<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 | Internal Revenue Service<br>P.O.Box 21126<br>Philadelphia, PA 19114 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Ronald E. Bivins**  CASE NO. **08-42551 Amendment 2**
**Jennifer L. Bivins**

CHAPTER **7**

**Certificate of Service**

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Lowe's<br>2015 Vaughn Rd. NW Blvd. 400<br>Kennesaw, GA 30144 | Schwartz & Erchelbaum<br>7400 Gaylord Pkwy. Ste.200<br>Frisco, TX 75034 | U. S. Trustee<br>300 Plaza Tower<br>110 North College Ave.<br>Tyler TX 75702 |
| LTD Financial Services<br>7322 SW Freeway #1600<br>Houston TX 77074 | Sears<br>PO box 469046<br>Escondido CA 92046 | Zales<br>PO Box 689182<br>Des Moines, IA 50368 |
| LVNV Funding<br>POBox 10497<br>Greenville SC20603-0584 | Texas Employment Commission<br>TEC Bldg. Tax Dept.<br>Austin TX 78778 | |
| NAFS<br>PO Box 9027<br>Williamsville NY | Texas Workforce Commission<br>PO BOX 149080<br>Austin, TX 78714-9080 | |
| Paragonway, Inc.<br>2101 W. Ben White Blvd. #102<br>Austin TX 78704 | Tri City Health Center<br>PO Box 12914<br>Norfolk VA 23541 | |
| Portfolio Recvry & Affil.<br>120 Corporate Blvd. Ste 1<br>Norfolk VA 23502 | U. S. Attorney<br>Main Justice Bldg.<br>10th & Pennsylvania NW<br>Washington, DC 20530 | |
| Saks Fifth Avenue<br>PO Box 41649<br>Philadephia PA 19101 | U. S. Attorney<br>700 National Bank Tower<br>110 N. College Ae.<br>Tyler, TX 75702 | |